

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NEOPOST 11/06/2024 US POSTAGE $001.

RTS

2:10-cr-1119-SJO

RECEIVED CLERK, U.S. DISTRICT COURT NOV 18 2024 CENTRAL DISTRICT OF CALIFORNIA

FILED CLERK, U.S. DISTRICT COURT NOV 18 2024 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

NIXIE  910  4E 1  7211/14
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 90012333299

Case: 2:10cr1119  Doc: 1876

Antonio Donta Horsley REGNO59773-112
RRM LONG BEACH
1299 Seaside Avenue
SAN PEDRO, CA 90731

Case: 2:10cr1119  Doc: 1876

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/6/2024 at 9:39 AM PST and filed on 11/5/2024

| | |
|---|---|
| **Case Name:** | USA v. Thomas et al |
| **Case Number:** | 2:10-cr-01119-SJO |
| **Filer:** | |
| **Document Number:** | 1876 |

**Docket Text:**
**ORDER ORDER GRANTING EX PARTE APPLICATION FOR TERMINATION OF SUPERVISED RELEASE [1875] as to Antwoine Dwayne Redd (17) by Judge Dolly M. Gee: The Court GRANTS the application. IT IS HEREBY ORDERED that Redds term of supervised release is terminated, effectively immediately. IT IS SO ORDERED. (shb)**

**2:10-cr-01119-SJO-17 Notice has been electronically mailed to:**
Jenna Wrae Long     usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, jenna.long@usdoj.gov
Marcia J Brewer     marciabrewer3@sbcglobal.net
Elizabeth R Yang     elizabeth.yang2@usdoj.gov, caseview.ecf@usdoj.gov
Antonio F Yoon     antonioyoon@att.net
David R. Evans     drevanslaw@gmail.com
Paul C Horgan     pchorgan@gmail.com
Dominic Cantalupo     dcantalupo@att.net
David J. Kaloyanides     djpk@rt2counsel.com
John D. Robertson     jdrlaw@hotmail.com
Drew Havens     drew_havens@fd.org
David Matthew Philips     davidphilips1944@gmail.com
Angel Navarro     angeljnavarro1964@gmail.com
Randolph S Collins     rcollins@cmcdefense.com
John Neil McNicholas     john@mcnicholaslawoffice.com
Matthew J. Lombard     mlombard@lombardlaw.net, elizabeth@lombardlaw.net
Stanley I Greenberg     stanmanlaw@aol.com
Kevin M. Lally     klally@buchalter.com
Kevin Robert Riva     krrlawoffices@yahoo.com
Stephen R. Kahn     srklaw7@sbcglobal.net, srklaw7@aol.com, claudiasrklaw@gmail.com
Shawn J. Nelson     caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, shawn.nelson@usdoj.gov